# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Valerie Oneil,<br><br>           Debtor. | Case No. 21-12558-amc<br><br>Chapter 13 |

**Withdrawal of Appearance**

To the Clerk of Court:

Please withdraw my appearance as counsel for the Debtor in this matter.

Date: May 24, 2024

JENSEN BAGNATO, P.C.
*Outgoing Counsel for Debtor*

By: /s/ Erik B. Jensen
    Erik B. Jensen
    1500 Walnut Street, Suite 1510
    Philadelphia, PA 19102
    215-546-4700
    erik@jensenbagnatolaw.com

**Entry of Appearance**

To the Clerk of Court:

Please enter my appearance as counsel for the Debtor in this matter.

Date: May 24, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com