| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-12558-AMC**

Valerie Oneil
518 East Queen Lane
Philadelphia  PA    19144

Petition Filed Date: 09/16/2021
341 Hearing Date: 10/22/2021
Confirmation Date: 03/09/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $146.50 | | 08/24/2023 | $146.50 | | 09/08/2023 | $146.50 | |
| 09/21/2023 | $146.50 | | 10/05/2023 | $146.50 | | 10/19/2023 | $146.50 | |
| 11/02/2023 | $146.50 | | 11/16/2023 | $146.50 | | 12/01/2023 | $146.50 | |
| 12/14/2023 | $146.50 | | 01/02/2024 | $146.50 | | 01/11/2024 | $146.50 | |
| 01/25/2024 | $146.50 | | 02/08/2024 | $146.50 | | 02/23/2024 | $146.50 | |
| 03/07/2024 | $146.50 | | 03/21/2024 | $146.50 | | 04/04/2024 | $146.50 | |
| 04/18/2024 | $146.50 | | 05/02/2024 | $146.50 | | 05/20/2024 | $146.50 | |
| 05/31/2024 | $146.50 | | 06/13/2024 | $146.50 | | 06/27/2024 | $146.50 | |
| 07/12/2024 | $146.50 | | 07/25/2024 | $146.50 | | | | |

**Total Receipts for the Period: $3,809.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,134.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $2,865.00 | $2,865.00 | $0.00 |
| 1 | WELLS FARGO BANK NA »» 001 | Unsecured Creditors | $1,787.29 | $0.00 | $1,787.29 |
| 2 | WELLS FARGO BANK NA »» 002 | Mortgage Arrears | $9,523.20 | $7,124.57 | $2,398.63 |
| 3 | VERIZON BY AIS AS AGENT »» 003 | Unsecured Creditors | $114.57 | $0.00 | $114.57 |
| 4 | CITY OF PHILADELPHIA (LD) »» 004 | Secured Creditors | $43.50 | $31.36 | $12.14 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12558-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,134.00 | Current Monthly Payment: | $261.00 |
| Paid to Claims: | $10,020.93 | Arrearages: | ($1,724.50) |
| Paid to Trustee: | $980.02 | Total Plan Base: | $15,934.50 |
| Funds on Hand: | $133.05 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.