| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 21-12558-AMC**

Valerie Oneil  
518 East Queen Lane  
Philadelphia  PA    19144

Petition Filed Date: 09/16/2021  
341 Hearing Date: 10/22/2021  
Confirmation Date: 03/09/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2024 | $146.50 | | 08/22/2024 | $146.50 | | 09/06/2024 | $146.50 | |
| 09/19/2024 | $146.50 | | 10/03/2024 | $146.50 | | 10/18/2024 | $146.50 | |
| 10/31/2024 | $146.50 | | 11/15/2024 | $146.50 | | 12/03/2024 | $146.50 | |
| 12/12/2024 | $146.50 | | 12/27/2024 | $146.50 | | 01/10/2025 | $146.50 | |
| 01/24/2025 | $146.50 | | 02/06/2025 | $146.50 | | 02/24/2025 | $146.50 | |
| 03/06/2025 | $146.50 | | 03/20/2025 | $146.50 | | 04/07/2025 | $146.50 | |
| 04/17/2025 | $146.50 | | 05/01/2025 | $146.50 | | 05/15/2025 | $146.50 | |
| 06/02/2025 | $146.50 | | 06/12/2025 | $146.50 | | 06/27/2025 | $146.50 | |
| 07/11/2025 | $146.50 | | 07/24/2025 | $146.50 | | | | |

**Total Receipts for the Period: $3,809.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,943.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $2,865.00 | $2,865.00 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»»  001 | Unsecured Creditors | $1,787.29 | $1,167.16 | $620.13 |
| 2 | WELLS FARGO BANK NA<br>»»  002 | Mortgage Arrears | $9,523.20 | $9,523.20 | $0.00 |
| 3 | VERIZON BY AIS AS AGENT<br>»»  003 | Unsecured Creditors | $114.57 | $74.82 | $39.75 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»»  004 | Secured Creditors | $43.50 | $43.50 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12558-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,943.00 | Current Monthly Payment: | $261.00 |
| Paid to Claims: | $13,673.68 | Arrearages: | ($2,401.50) |
| Paid to Trustee: | $1,269.32 | Total Plan Base: | $15,934.50 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.