| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **Valerie Oneil** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 21-12558-AMC |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made           12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1: Mortgage Information

**Name of claim holder:** WELLS FARGO BANK NA

**Court claim no.** (if known): 2-2

**Last 4 digits** of any number you use to identify the debtor's account: 5 0 4 3

**Property Address:** 518 EAST QUEEN LANE
Number     Street

PHILADELPHIA     PA     19144-1516
City            State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 9,523.20 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 9,523.20 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 9,523.20 |

| Part 4: | Postpetition Payment |

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman
Signature

Date  12/23/2025

Trustee: Scott F. Waterman
First Name   Middle Name   Last Name

Address: 2901 St. Lawrence Avenue, Suite 100
Number   Street

Reading    PA    19606
City       State  ZIP Code

Contact phone (610) 779-1313    Email info@ReadingCh13.com

| Debtor 1 | **Valerie Oneil** | | Case Number **21-12558-AMC** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 08/19/2022 | 8001821 | Disbursement To Creditor/Principal | 233.87 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 09/23/2022 | 8001926 | Disbursement To Creditor/Principal | 402.50 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 10/21/2022 | 8002056 | Disbursement To Creditor/Principal | 268.33 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 11/18/2022 | 8002136 | Disbursement To Creditor/Principal | 134.17 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 12/16/2022 | 8002240 | Disbursement To Creditor/Principal | 402.50 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 01/20/2023 | 17237434 | Disbursement To Creditor/Principal | 268.33 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 02/17/2023 | 17238344 | Disbursement To Creditor/Principal | 268.33 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 03/17/2023 | 17239252 | Disbursement To Creditor/Principal | 268.33 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 04/21/2023 | 17240169 | Disbursement To Creditor/Principal | 399.60 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 05/19/2023 | 17241041 | Disbursement To Creditor/Principal | 265.43 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 06/16/2023 | 17241854 | Disbursement To Creditor/Principal | 265.43 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 07/21/2023 | 17242741 | Disbursement To Creditor/Principal | 265.43 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 08/18/2023 | 17243564 | Disbursement To Creditor/Principal | 265.43 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 09/22/2023 | 8003340 | Disbursement To Creditor/Principal | 398.14 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 10/20/2023 | 8003463 | Disbursement To Creditor/Principal | 262.50 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 11/17/2023 | 8003591 | Disbursement To Creditor/Principal | 262.50 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 12/15/2023 | 8003722 | Disbursement To Creditor/Principal | 262.50 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 01/22/2024 | 8003850 | Disbursement To Creditor/Principal | 262.50 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 02/16/2024 | 8003976 | Disbursement To Creditor/Principal | 262.50 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 03/15/2024 | 8004104 | Disbursement To Creditor/Principal | 262.50 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 04/19/2024 | 8004236 | Disbursement To Creditor/Principal | 393.75 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 05/24/2024 | 8004372 | Disbursement To Creditor/Principal | 262.50 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 06/21/2024 | 8004509 | Disbursement To Creditor/Principal | 262.50 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 07/19/2024 | 8004634 | Disbursement To Creditor/Principal | 262.50 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 08/16/2024 | 8004760 | Disbursement To Creditor/Principal | 262.50 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 09/20/2024 | 8004888 | Disbursement To Creditor/Principal | 393.75 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 10/15/2024 | 8005018 | Disbursement To Creditor/Principal | 132.71 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 11/15/2024 | 8005145 | Disbursement To Creditor/Principal | 265.43 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 12/20/2024 | 8005274 | Disbursement To Creditor/Principal | 398.15 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 01/17/2025 | 8005389 | Disbursement To Creditor/Principal | 265.43 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 02/21/2025 | 8005522 | Disbursement To Creditor/Principal | 265.43 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 03/21/2025 | 8005658 | Disbursement To Creditor/Principal | 398.14 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 04/17/2025 | 8005778 | Disbursement To Creditor/Principal | 137.81 |
| 2-2 | WELLS FARGO BANK NA | Pre-Petition Arrears | 05/22/2025 | 8005896 | Disbursement To Creditor/Principal | 141.78 |
| | | | | | Total for Claim Number 2-2: | 9,523.20 |

**Total for Part 3 - b (Prepetition Arrears):** **9,523.20**