United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                Case No. 21-12558-amc
Valerie Oneil                                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                   User: admin                                                   Page 1 of 2
Date Rcvd: Dec 30, 2025                        Form ID: 138OBJ                                      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valerie Oneil, 518 East Queen Lane, Philadelphia, PA 19144-1516 |
| 14638491 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14638874 | + | Deutsche Bank National Trust Company, c/o Andrew Spivack, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 31 2025 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 31 2025 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14636796 | + | Email/Text: bankruptcy@sccompanies.com | Dec 31 2025 00:32:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14650889 | | Email/Text: megan.harper@phila.gov | Dec 31 2025 00:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14636797 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 31 2025 00:32:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14636798 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 31 2025 00:32:00 | Comenity Bank/Metro Style, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14649253 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 31 2025 00:38:58 | Deutsche Bank National Trust Company, et al, Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14636799 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 31 2025 00:32:00 | Midland Funding, 2365 Northside Dr Suite 30, San Diego, CA 92108-2710 |
| 14636800 | + | Email/Text: bankruptcy@sccompanies.com | Dec 31 2025 00:32:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14649598 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 31 2025 00:38:53 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14638492 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 31 2025 00:38:53 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14638343 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 31 2025 00:39:03 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 14749875 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Dec 31 2025 00:38:58 | Wells Fargo N.A., Personal Lending, PO Box 564300, Charlotte NC 28256-4300 |
| 14636801 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 31 2025 00:39:02 | Wells Fargo-pl&l, P.o. Box 94435, Albuquerque, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 30, 2025 | Form ID: 138OBJ | Total Noticed: 18 |

NM 87199-4435

14636802        Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com

Dec 31 2025 00:38:53    Wfhm, Attn: Written Correspondence/Bankruptcy,
Mac#2302-04e Pob 10335, Des Moines, IA 50306

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  ET AL andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| MICHAEL A. CIBIK | |
| | on behalf of Debtor Valerie Oneil help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)–doc 38 – 31

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Valerie Oneil | ) | Case No. 21–12558–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 30, 2025

For The Court

Mohung Wong
Clerk of Court